[Coös, June, 1885.]

BARRON *& a. v.* BARTLETT.

ASSUMPSIT, for drawing logs, and to secure a lien under Gen. Laws, *c.* 139, *s.* 13. The defendant was defaulted, and the issue was between the plaintiffs and Gardner & a., claimants. Facts found by a referee.

*Drew, Jordan & Carpenter*, for the plaintiffs.

*Aldrich & Remich*, for the claimants.

DOE, C. J. Against the claimants' objection, hearsay evidence of their declarations having been admitted on the question of the

amount of the plaintiffs' lien, a new trial of that question is granted.

CARPENTER and BINGHAM, JJ., did not sit: the others concurred.